IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JANE DOE, as guardian and next friend of minor plaintiff, JOHN DOE** § § § | | |
| **Plaintiffs** § § | | |
| v. § | Case No. 1:25-cv-00172 | |
| § | | |
| **ROBLOX CORPORATION** § § | | |
| **Defendant.** § | | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY DEADLINES PENDING DECISION OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

On October 2, 2025, the Parties filed a Joint Motion to Stay All Deadlines Pending Decision of Judicial Panel on Multidistrict Litigation on Motion to Transfer ("the Motion"). Finding good cause for the request to stay all deadlines, the Court hereby **GRANTS** the Motion.

It is **ORDERED** that the case is hereby **STAYED** pending disposition by the Judicial Panel on Multidistrict Litigation (JPML) of the pending motion in MDL No. 3166 to centralize this case in an MDL for pretrial proceedings; and

It is **FURTHER ORDERED** that, should the JPML deny that motion to transfer, the Parties shall submit a proposed briefing schedule for anticipated pleading stage motion practice within thirty (30) days of the JPML's decision.

**<u>AGREED TO BY</u>**:

**MBMT LAW FIRM**
1201 East Van Buren
Brownsville, Texas 78520
Tel:  956-550-4868
Fax:  956-621-0135

By: /s/ *Benigno (Trey) Martinez*
BENIGNO (TREY) MARTINEZ
State Bar No.  00797011
Federal ID No. 23945

E-mail: trey@mbmtlawfirm.com
TOMAS F. TIJERINA
State Bar No. 24070746
Federal ID No. 1062166
E-mail: ttijerina@mbmtlawfirm.com

**COOLEY LLP**
Max A. Bernstein*
mbernstein@cooley.com
Ryan Stevens*
rstevens@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

**COOLEY LLP**
Tiana Demas*
tdemas@cooley.com
110 North Wacker Drive, Suite 4200
Chicago, Illinois 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598

**ATTORNEYS FOR DEFENDANT**
*Pro Hac Vice petition forthcoming

**DOLMAN LAW GROUP**

By: */s/ Anthony J. Russo*
Anthony J. Russo
(State Bar No. 24140657)
anthony@therussofirm.com
Matthew A. Dolman*
matt@dolmanlaw.com
R. Stanley Gipe*
Stan.gipe@dolmanlaw.com
Sara D. Beller*
Sara.beller@dolmanlaw.com
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900

324747040 v1

Facsimile: (727) 451-6907
**ATTORNEYS FOR PLAINTIFF**

*Pro Hac Vice* motions forthcoming

     **SO ORDERED** on this, the \_\_\_\_\_ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

324747040 v1